**Richard J. Shanley, Esq.**
123 Seventh Avenue
Brooklyn, New York 11215
(718) 789-2003
(718) 398-3985 (fax)

March 30, 2011

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

      Re: Information regarding the proposed private security company relevant to the release of Reynold Maragni, Docket Numbers 11-CR-30 pending trial

Dear Judge Matsumoto:

      I am herein forwarding the information as to LMGI Ltd and the principal officers of this security company that would monitor the defendant to ensure the safety of the community.

Respectfully submitted,

Richard J. Shanley, Esq.

cc: Elizabeth Geddes, Esq., Assistant U.S. Attorney

**LMGI LTD**  
**1-800- 871-3384**

Corporate & Private Security Investigations

Private Security    Investigative Staff    Private Investigation    Litigation Support    Office Locations

LMGI, LTD. is a professional security consulting and investigative company, established in 1994 with offices and associates throughout the world.

We provide a comprehensive range of protection and security services to assist our clients in making informed business decisions, reducing exposure to loss, and providing business solutions.

Our staff includes attorneys, accountants, certified protection professionals, former security managers for multinational corporations, and former federal, state and local law enforcement professionals.

We assess each client's needs and provide timely, accurate, confidential, and cost-effective service.

*We strive to be the best at what we do!*

*Our LMGI,LTD. investigators have over 500 years of combined investigative experience !*

**LICENSED & BONDED**

Content copyright 2011. LMGI LTD. All rights reserved.



Whois

**LMGI LTD**  
**1-800- 871-3384**

Corporate & Private Security Investigations

Home Page    Investigative Staff    Private Investigation    Litigation Support    Office Locations

# INVESTIGATIVE STAFF



### John F. Good - CEO

Mr. Good was previously with the Federal Bureau of Investigation (FBI). His career with the Bureau spanned multiple areas of expertise, culminating with his appointment as head of the Bureau's Long Island, New York office and all of its operations. During his tenure with the FBI, Mr. Good was responsible for the direction of numerous large and well-known cases including ABSCAM, one of the most famous political corruption cases in U.S. History. Mr. Good has appeared as an expert witness before Congressional Committees in both the Senate and House of Representatives. He has participated in numerous nationwide security seminars. He has had multiple radio and television appearances, most recently the Montel Williams Show. He has been invited to speak before both government and corporate groups including the Young President's Organization. Mr. Good is a native of New York and received his Bachelor of Science from Fordham University. He had post graduate studies in Psychology at the University of Virginia and is a U.S. Navy veteran.

### John P. Baner-President

Mr. Baner is a 20 year veteran of the NYPD. During his career, Mr. Baner acquired extensive investigative experience. As a detective in the narcotics division, he investigated large scale narcotics and money laundering criminal enterprises. While with the Midtown Precinct North, Detective Squad, he investigated a broad spectrum of criminal and non-criminal incidents ranging from petit larceny to homicide. During his time in the rank of sergeant, Mr. Baner handled internal investigations for a period of two years, before being transferred to the Midtown Precinct South, Detective Squad where he managed an office of twenty five to thirty five detective-investigators. Mr. Baner also had the responsibility of liaison with other law enforcement entities and community leaders.

Mr. Baner's investigative expertise includes robbery, burglary, white-collar crimes and corruption. He has extensive training and experience with investigative techniques such as automobile and pedestrian surveillance, interrogation, evidence collection and crime scene management and control. Mr. Baner has additional training in insurance fraud, computer investigations, and automobile crime. He received his Bachelor of Science degree from Long Island University's CW Post campus and is a Notary Public in New York State.

### Joseph P. Smith-Managing Director, Washington D.C.

Mr. Smith joined LMGI in 1999 to develop and manage the company's international business as well as to develop political and local contacts in the Washington D.C area. Prior to joining LMGI, Mr. Smith had been with the Federal Bureau of Investigation. During his tenure with the FBI, Mr. Smith served in many positions, including supervisor of white-collar crime investigations in New York and legal counsel to the Director, New York FBI office. He also served as a member of the internal inspection staff responsible for assessing field operations and their working relationships with internal management and staff.

Mr. Smith completed his career as the Assistant Legal Attache´, United States Embassy, Brussels, Belgium. As the representative of the FBI in Belgium, The Netherlands and Luxembourg, he worked with justice ministries, police and intelligence agencies to enhance existing programs and initiate new ones to deal with intensifying multinational crime. While posted to Brussels, Mr. Smith helped implement United States participation in European Commission justice issues and in the International War Crimes Tribunal regarding the former Yugoslavia. He was greatly responsible for enlarging the FBI's presence overseas. Mr. Smith is a member of the Bar, graduating Juris Doctor in 1969 from William and Mary Law School. He was admitted to practice in the U.S. Supreme Court, Virginia, and is presently a member of the American, Virginia State, District of Columbia and Federal Bar Associations.

### Thomas F. Lagatol, III-Director of Physical Security & Threat Assessment

Mr. Lagatol joined LMGI after retiring from the Federal Bureau of Investigation with thirty years of service. He is a graduate of the United States State Department's course on building security design and construction. During the last fifteen years of his FBI career, Mr. Lagatol became a specialist in threat assessments, physical

security enhancements and technical surveillance counter-measures. As such, he conducted surveys at fifty United States Embassies throughout the world. He was responsible for identifying any existing physical and/or procedural security weakness and for recommending appropriate cost effective measures to correct the problems.Mr. Lagatol has trained thousands of police officers from Canada to Central America and fellow FBI Special Agents. He has taught classes on topics ranging from electronic counter-measures to firearms instruction. He was an original member of the FBI New York Office's Counter Skyjacking Team, which was later reorganized into the first FBI SWAT Team.Mr. Lagatol has conducted physical security and counter surveillance inspections for such entities as Fortune 500 companies, educational institutions, and union officials.

### Nicholas J. Panella -Director, Special Operations

Mr. Panella was formerly with the U.S. Drug Administration, where he rose through the ranks, starting as a special agent in New York City and eventually becoming the Deputy Regional Director of the DEA's Paris office where he directed all enforcement operations in Europe and the Middle East. During this period, he supervised the DEA agent force in France that immobilized the infamous French Connection.
Prior to his assignment in France, Mr. Panella served as the Narcotic Attaché in Istanbul, Rome and Montreal.He maintained police liaison at the highest level in most major European and Middle Eastern cities and was awarded the French Police Medal of Honor,the highest award.
He has additional experience assisting numerous US corporations in developing corporate intelligence, asset searches and executive protection services.Mr. Panella holds a Bachelor of Arts degree in Sociology from Hunter College in New York City. He is fluent in French and Italian. He is an active member of the Association of Former Federal Narcotic Agents (AFFNA).

### John Lynott- Fire Safety and Security Director

Mr. Lynott worked five years as a Police Officer with the New York Police Department (NYPD). He is a retired lieutenant from the Fire Department, New York (FDNY) with over twenty years of experience. His career has taken him through one of the most active fire houses in Brooklyn, Ladder 105. He was most recently an instructor in the FDNY Academy, where he instructed new recruits as well as seasoned veterans in the latest firefighting techniques. Following the tragic events of September 11, 2001, Mr. Lynott became the focal point of the FDNY's efforts to bring the department to a new level of disaster preparedness. He has also been trained in the handling of hazardous materials.
Mr. Lynott has conducted numerous fire safety audits at residential and commercial establishments throughout New York City. He currently teaches Fire Safety at New York University and is a certified Fire Investigator, having received training in the investigation of reported arson and explosion. Mr. Lynott is also a certified instructor in the training of individuals in Terrorist Awareness and Disaster Preparedness.

### Greg L.Garland - Senior Investigator

Mr. Garland retired as a Sergeant from the NYPD after 21 plus years of service. Mr. Garland's last assignment was with the Organized Crime Investigations Division, where he supervised a team of twelve detectives conducting long term, high profile investigations of organized crime figures. In that assignment, Mr. Garland coordinated the investigation and prosecution with local, state and federal law enforcement and prosecuting agencies. As a Sergeant, Mr. Garland worked in the Internal Affairs Bureau, where he investigated corruption allegations made against members of the NYPD. Mr. Garland also supervised all cases where crimes were committed by those impersonating law enforcement personnel in New York City. Prior to being promoted, Mr. Garland was an NYPD detective for ten years where he investigated numerous high profile cases while working in conjunction with local, state and federal prosecuting agencies.

Mr. Garland has had training in interrogation and interviewing techniques, robbery and fraud investigations as well as internal investigations.

### Kenneth J. Paccio - Senior Investigator

Mr. Paccio joined the NYPD in 1987, retired as a Detective after 21 years of service. As a Detective in the Narcotics Division, he investigated large scale narcotics and money laundering criminal enterprises. He was involved in major investigations while assigned to Manhattan North Narcotics Unit. After being promoted to Detective he was assigned to the 115th Robbery Apprehension Module. He investigated all robberies throughout the Jackson Heights & Corona Sections of Queens.

He then transferred to Midtown Precinct South where the investigations would be a broad spectrum of criminal and non-criminal incidents ranging from petit larceny to Homicide throughout the Midtown Area which included *Times Square*. His investigative expertise includes commercial and residential theft, robbery, burglary, embezzlement, identity theft, credit card fraud, check fraud, bank fraud, and stock fraud. He has been certified as an expert witness. He was the lead investigator in numerous multi-jurisdictional corporate and criminal investigations.

Mr. Paccio's professional training includes; photograph/video & observation surveillance, robbery pattern identification, special victims investigation, insurance fraud, identity theft, computer investigations, burglary investigation, credit card fraud and executive protection. Mr. Paccio was certified by the City of New York in The CityWide & National Incident Management Systems Training. Mr. Paccio attended John Jay College where he received an Associates Degree in Criminal Justice.

Content copyright 2011. LMGI LTD. All rights reserved.



Whois