Noreen D'Onofrio
5814 N. W. 74th Terrace
Parkland, FL. 33067
954.275.5097

January 6, 2012

The Honorable Judge Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Criminal Docket 11 – 030 (KAM)

Dear Judge Matsumoto,

I am writing to request the release of my home from the bond on the above case.

I understand that Mr. Maragni's situation has changed since my home was included in his bond package and I have been unable to reach him.

Even more, my personal situation has changed. My husband lost his battle with cancer last year just before Thanksgiving and I will need to sell or at least refinance my home to pay medical bills and lower my living expenses since I am now alone.

Please respond to me at the above address and telephone number at any time and thank you for your understanding and consideration.

Sincerely,

*[signature]*

Noreen D'Onofrio