

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/AL

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

January 23, 2012

By Hand Delivery and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Reynold Maragni
         Criminal Docket No. 11-0030 (KAM)

Dear Judge Matsumoto:

    The government respectfully submits this letter in response to the Court's Order, dated January 19, 2012, directing the government to respond to Noreen D'Onofrio's January 6, 2012 letter requesting to be removed as a surety to the defendant Reynold Maragni's bond.  It is well-established that a surety may request at any time to be removed from a defendant's bond.  See 18 U.S.C. § 3149.  Accordingly, the government has no objection to D'Onofrio's request.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/
    Elizabeth Geddes
    Allon Lifshitz
    Assistant U.S. Attorneys
    (718) 254-6430
    (718) 254-6164

cc:  Clerk of the Court (KAM)
    Richard Shanley, Esq. (by ECF)