# Richard J. Shanley, Esq.
123 Seventh Avenue
Brooklyn, New York 11215
(718) 789-2003

**By Electronic Case Filing**

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re:     *United States v. **Andrew Russo, et al***
        Criminal Docket No.  **11 CR 30** (KAM)

Dear Judge Matsumoto:

The defendant, Reynold Maragni, respectfully submits this letter in response to the Court's Order dated 19 January 2012, directing counsel to respond to Noreen D'Onofrio's request that her home be released from the surety bond. The defendant has no objections to this request.

Respectfully submitted.
Richard Shanley
Richard J. Shanley

cc: AUSA Elizabeth Geddes