# KAREN URSO

20 EDGEWOOD ROAD
STATEN ISLAND, NEW YORK 10308
(917) 337-4987

January 30, 2012

Honorable Judge Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Re: Criminal Docket 11-030(KAM)

To Judge Mastsumoto,

I am respectfully requesting that the bond I have on my home be released.
I have not heard from Mr. Reynold Maragni, nor have I been able to get through to him in over a month. Due to the circumstances at this time I am very uncomfortable having this lien on my home. I thank you for your cooperation in this matter.

Sincerely,

Karen T. Urso