

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/AL
F.#2010R00153

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 15, 2012

<u>By Hand Delivery and ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Reynold Maragni
         <u>Criminal Docket No. 11-30 (KAM)</u>

Dear Judge Matsumoto:

The government respectfully submits this letter to advise the Court that the government does not object to the public filing of the letter from Kim Juliano to the Court dated January 30, 2012.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:     /s/
Elizabeth Geddes
Allon Lifshitz
Assistant U.S. Attorneys
(718) 254-6430
(718) 254-6164

cc:  Clerk of the Court (KAM)
     Richard Shanley, Esq. (by ECF)