# Kim Juliano

*121 3rd Street*
STATEN ISLAND, NEW YORK 10306
(718)873-7774

January 30, 2012

Honorable Judge Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Re: Criminal Docket 11-030(KAM)

To Judge Mastsumoto,

I am respectfully requesting that the bond that I personally signed on myself be removed under the conditions that Mr. Reynold Maragni is now cooperating as an informant to the government. I have not heard from Mr. Reynold Maragni, nor have I been able to get through to him in over a month. Due to the circumstances at this time I am very uncomfortable having this bond attached to me on a personal level. I have legally signed my name to something that I have been mislead to believe. I thank you for your cooperation in this matter.

Sincerely,

*[signature]*
Kim Juliano