Richard J. Shanley, Esq.
123 Seventh Avenue
Brooklyn, New York 11215
(718) 789-2003

**By Electronic Case Filing**

February 27, 2012

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: *United States v.* ***Andrew Russo, et al***
Criminal Docket No. **11 CR 30** (KAM)

Dear Judge Matsumoto:

Counsel for defendant Reynold Maragni, respectfully submits this letter in response to the Court's Order dated 17 February 2012, directing counsel to serve Kim Juliano with a copy of the order removing her from Mr. Maragni's surety bond. Compliance was made using regular mail on 22 February 2012. The copy was sent to 121 3rd Street, Staten Island, New York 10306.

Respectfully Submitted,

Richard Shanley
Richard J. Shanley