# Richard J. Shanley, Esq.

123 Seventh Avenue
Brooklyn, New York 11215
(718) 789-2003
(718) 398-3985 (fax)

August 9, 2012

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

    Re: Motion to Compel by Jerry Capeci, Andrew Russo et, al. Docket Numbers 11-CR-30 (KAM)

Dear Judge Matsumoto:

    The defendant, Reynold Maragni has no objections to release of plea minutes.

                Respectfully submitted,

                ------------------------------------
                Richard J. Shanley, Esq.

cc: Elizabeth Geddes, Esq., Assistant U.S. Attorney