# Law Office of
# Zachary Margulis-Ohnuma

January 27, 2014

<u>Via ECF</u>

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE: <u>United States v. Reynold Maragni et al.</u>, 11-Cr-30

Dear Judge Matsumoto:

  This office represents the defendant Reynold Maragni in the above-captioned case. Mr. Maragni is scheduled to be sentenced on Monday, March 10, 2014. I write with respect to the briefing schedule for sentencing.

  Your honor previously set a schedule in which the defendant's sentencing memo would be due first, followed by the government's submission and a reply. However, after careful consultation with assigned assistant United States attorney Elizabeth Geddes, the parties jointly propose that the government file its memorandum, which is expected to be a motion pursuant to USSG 5K1.1, first, with the defendant's sentencing memorandum due afterward. This proposed sequence will afford the defendant an opportunity to respond to the government's sentencing submission in a timely fashion.

  Therefore, consistent with the dates previously set by the court, the parties jointly propose the government's submission be filed by Tuesday, February 4, 2014 and the

260 Madison Avenue • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com

**LAW OFFICE OF ZACHARY MARGULIS-OHNUMA**

defendant's submission be filed by February 17, 2014. This proposed schedule will not affect the sentencing date.

Thank you for your attention to this case.

Very truly yours,

Zachary Margulis-Ohnuma